Raymond J. Smolsky, pro se.

John Jason Talaber, PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

**Raymond J. SMOLSKY, Appellant**

v.

**The DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2014.

Raymond J. Smolsky, pro se.

Julie Renee Tilghman, Pennsylvania Department of Corrections, for Department of Corrections.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

**SENEX EXPLOSIVES, INC., Appellee**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

**Senex Explosives, Inc., Appellant**

v.

**Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Orders of the Commonwealth Court are AFFIRMED.

